# United States Court of Appeals
# for the Fifth Circuit

————————

No. 25-10591
Summary Calendar

————————

United States Court of Appeals
Fifth Circuit

**FILED**

December 9, 2025

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

IVORY LEE THOMPSON,

*Defendant—Appellant*.

————————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:14-CR-195-1

————————————————————

Before SMITH, HIGGINSON, and WILSON, *Circuit Judges*.

PER CURIAM:*

The Federal Public Defender appointed to represent Ivory Lee Thompson has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Thompson has not filed a response. During the pendency of this appeal, Thompson completed the prison term

————————————————

* This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 25-10591

imposed upon the revocation of his supervised release, and he was released from custody. Because Thompson's sentence did not include an additional term of supervised release, the instant appeal does not present a case or controversy, and we therefore lack jurisdiction. *See Spencer v. Kemna*, 523 U.S. 1, 7-8, 12-14 (1998). Accordingly, the appeal is DISMISSED as moot, and the motion to withdraw is DENIED as unnecessary.